UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PULSE HEALTH LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AKERS BIOSCIENCES, INC., a New Jersey corporation,<br><br>Defendant. | CASE NO.: 3:16-CV-01919-HZ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), and in accordance with the terms of a Settlement Agreement and a resulting Stipulated Permanent Injunction, Plaintiff Pulse Health LLC and Defendant Akers Biosciences, Inc., by and through their respective undersigned counsel, here-by stipulate to the dismissal of all claims alleged in this action with prejudice.

PAGE 1 –   **STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS SO ORDERED:

Dated in Portland, Oregon on this 16 day of January, 2019.

_____
Marco A. Hernandez
UNITED STATES DISTRICT JUDGE


Dated: September 13, 2018

Respectfully submitted,

| /s/ Michael D. Rounds | /s/ Anthony J. DiMarino |
|---|---|
| DAVID ANGELI, OSB. No. 020244 | JENNIFER S. WAGNER, OSB No. 024470 |
| KRISTEN TRANETZKI, OSB No. 115730 | STOLL BERNE LOKTING & |
| ANGELI LAW GROUP LLC | SHLACHTER PC |
| | |
| (503) 954-2232 | (503) 227-1600 |
| | |
| BROWNSTEIN HYATT FARBER | A.J. DIMARINO, PC |
| SCHRECK, LLP | ANTHONY J. DIMARINO (*pro hac vice*) |
| MICHAEL D. ROUNDS (*pro hac vice*) | EMMETT S. COLLAZO (*pro hac vice*) |
| ADAM K. YOWELL (*pro hac vice*) | (856) 853-0055 |
| (775) 324-4100 | |
| *Attorneys for Plaintiff Pulse Health LLC* | *Attorneys for Defendant Akers Biosciences, Inc.* |

PAGE 2 –   **STIPULATION FOR DISMISSAL WITH PREJUDICE**